UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Juana Perez
PO Box 206833

Write the full name of each plaintiff.

17CV 9650

_____CV_____
(Include case number if one has been assigned)

-against-

Jetblue Airlines
27-01 Queen Plaza
N Long Island, NY
11101

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes  ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐ Federal Question

☑ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

_____

_____

_____

_____

B. If you checked Diversity of Citizenship

  1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____Juan a Perez_____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____Dominican Republic_____

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, __Jet Blue Airlines__, is a citizen of the State of
(Defendant's name)

__Corporacion__

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

__Dominican__.

If the defendant is a corporation:

The defendant, __Jet Blue Airline__, is incorporated under the laws of the State of __Queen plaza N long island__

and has its principal place of business in the State of __New York__

or is incorporated under the laws of (foreign state) __yes__

and has its principal place of business in __27 01 Queen plaza N long Island__

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

__Jet blue Airways corporation__
First Name / Middle Initial / Last Name

__27-01 Queen plaza N__
Street Address

__long Island city / NY / 11101__
County, City / State / Zip Code

__718-286-7900__ __https www.mapquest.com__ — __cop 35390480__
Telephone Number / Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: JetBlue Airline Company
First Name / Last Name

Corporation
Current Job Title (or other identifying information)

2701 Queen Plaza N
Current Work Address (or other address where defendant may be served)

Long Island City, NY 11101
County, City / State / Zip Code

Defendant 2: _____
First Name / Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City / State / Zip Code

Defendant 3: _____
First Name / Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City / State / Zip Code

Defendant 4:

First Name: phone number 718-286-7900
Last Name: jet blue airlines Airways Corporation

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served): 2701 Queens plaza N

County, City: Long Island city State: NY Zip Code: 11101

### III. STATEMENT OF CLAIM

Place(s) of occurrence: new york manhattan

Date(s) of occurrence: 11-8-17

### FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I arrived J.F.K new york manhattan 11-7-17 Travel was 11-8-17 went get my county told agent the office she told don't I has any called the of police explain the of state police my doesn't her job did other thing different, I going to my country because need to have police bus discrimination because the police see I crazy

Page 5

out policies doesn't order the police to they can't like why urry be obliged to state in the country the reason is trusted is bring the people the country put the cheap spanish people. The deputy get used to bad, has burned my body put the

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

my face any place of body and face for make money explain the police but they are whatever.

**IV. RELIEF**

State briefly what money damages or other relief you want the court to order.

two money my country other place, need state up to because doesn't cost money.

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| Dated | Plaintiff's Signature |
|---|---|
| 11-30-17 | [signature] |

| First Name | Middle Initial | Last Name |
|---|---|---|
| [handwritten] | | [handwritten] |

Street Address: PO Box 30683

County, City: San Juan    State: Puerto Rico    Zip Code: 00936

Telephone Number: 787-917-3335

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes ☐ No

    If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

U.S. POSTAGE PAID
UNION CITY, NJ
07087
DEC 02, 17
AMOUNT
**$4.96**
R2304E107292-06

RECEIVED DEC 5 - 2017

Pro Se Intake Unit
500 Pearl St, Room 500
New York, NY