UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

JUANA PEREZ,

        Plaintiff,

-against-

JETBLUE AIRLINES,

        Defendant.

------------------------------------x

ORDER

17 Civ. 9650 (GBD)

GEORGE B. DANIELS, United States District Judge:

Plaintiff's motion for this Court to request Pro Bono counsel, (ECF No. 10), is DENIED. Plaintiff is directed to reach out to the New York Legal Assistance Group ("NYLAG")'s Legal Clinic for *Pro Se* Litigants in the SDNY for legal advice or assistance. The NYLAG's website is www.nylag.org and any inquiries for the NYLAG may be directed by phone to (212) 659-6190.

Dated: March 31, 2020
      New York, New York

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE